United States District Court for
the Western District of Wisconsin

| | |
|---|---|
| Mark Anthony Adell, Plaintiff, | Motion to Screen Amended Complaint |
| v. | Case No. 17-cv-877 |
| Gary Boughton, et al., Defendants | |

---

The Plaintiff, Mark Anthony Adell, who appears pro se, moves the court pursuant to FRCP 7, to make a ruling on the fee waiver as it appears on the docket pertaining to his amended complaint may have been inadvertently overlooked.

Plaintiff filed the instant complaint on 10-20-17 at the U.S. Dist ct for the E.D of Wis. It was assigned case # 17-cv-1434 JPS at that time.

The E.D screened the instant complaint and granted the fee waiver on 11-7-17 and then transferred it to the U.S. Dist ct for the W.D of Wis on venue grounds.

Plaintiff had amended the instant complaint and filed it on 11-13-17. The E.D. caused the amended complaint to also be transferred to the W.D on 11-17-17. It was re-numbered as 17-cv-877.

The amended complaint has yet to be screened by the W.D. The defendants answered the instant complaint [see Exhibits "I" thru "L" hereto] on 1-5-18 and have impliededly accepted service of both complaints as it appears in their acceptance of service dated November 7, 2017. [See Exibit "A" hereto]

The subsequent inaction or uncertainty about the status of the amended complaint is creating confusion as to how the parties are required to proceed. With no action on the fee waiver -- screening pertaining to the amended complaint -- the case appears to be twisting in the wind.

Plaintiff therefore asks the court to take corrective action to put the case back on its proper course.

Dated this 2nd day of March 2018

Respectfully,

Mark Adell - Plaintiff Pro Se
WSPF - Box 9900, Boscobel, Wis 53805