IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARK ANTHONY ADELL,

                Plaintiff,

  v.                                    Case No.  17-cv-877-wmc

GARY BOUGHTON, JOLINDA WATERMAN,
BETH EDGE, KRISTEN RUNNING, MARY BARTELS,
ELLEN RAY, JANE DOES, SANDRA MCARDLE, and
R. GRACKOWSKI,

                Defendants.

---

JUDGMENT IN A CIVIL CASE

---

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.


| /s/ | 7/06/20 |
|---|---|
| Peter Oppeneer | Date |
| Clerk of Court | |